# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 28 WM 2016 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT A. BOGDAN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is directed to file the already-completed Petition for Allowance of Appeal within 5 days of this order.